UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESHAWN MAURICE HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY SUPERIOR COURT JUDGE,<br><br>Defendant. | Case No. 25-cv-07006-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Petitioner Eshawn Maurice Harrell filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, representing himself. On October 7, 2025 and again on October 14, 2025, mail directed to Harrell by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. To date, Harrell has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a self-represented party proceeding whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the self-represented party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the self-represented party indicating a current address. *See* L.R. 3-11(b).

    More than sixty days have passed since the mail directed to Harrell by the Court was

returned as undeliverable. The Court has not received a notice from Harrell of a new address. Accordingly, the petition is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: January 2, 2026

*(signature)*
**A**RACELI **M**ARTÍNEZ**-O**LGUÍN
**United States District Judge**